IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO ROSALES,<br><br>Defendant. | **Case No.:** CR 17–00302 WHO<br><br>**STIPULATED ORDER CONTINUING SENTENCING HEARING** |

The above-entitled matter was originally scheduled for a sentencing hearing on October 26, 2017 at 1:30 p.m. Counsel for Mr. Rosales requested a continuance to November 16, 2017, which the Court granted. The defense has collected records, but requires a short additional extension to facilitate expert review. Therefore, the defense respectfully requests that the matter be continued until Thursday, November 30, 2017. The defense does not expect to require additional time beyond November 30.

The government has no objection to this proposed continuance.

Therefore, for good cause shown the hearing currently scheduled on November 16, 2017 at 1:30 p.m. shall be vacated. The matter shall be continued until Thursday, November 30, at 1:30 p.m.

//
//
//
//
//

For good cause shown, the Court orders the above continuance of the sentencing date.

IT IS SO ORDERED.
October 17, 2017

_____  _____
Dated                       WILLIAM ORRICK
                            United States District Judge

IT IS SO STIPULATED.

October 16, 2017            BRIAN J. STRETCH
Dated                       United States Attorney
                            Northern District of California

                            _____/S_____
                            JULIE GARCIA
                            Assistant United States Attorney


October 16, 2017            STEVEN G. KALAR
Dated                       Federal Public Defender
                            Northern District of California

                            _____/S_____
                            GRACE DILAURA
                            Assistant Federal Public Defender